```
Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
bob@kernbankruptcy.law

Attorney for Debtors,
David and Nancy Hall
12518 Branch Court
Bakersfield, CA 93312
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) Case #22-11710-B-13K |
| DAVID LANCE HALL, | ) D.C. #RSW-1 |
| | ) |
| NANCY LEE HALL, | ) Judge Lastreto |
| | ) |
| Debtors. | ) |

**EX-PARTE APPLICATION TO EXTEND THE
TIME TO FILE REQUIRED DOCUMENTS**

TO THE HON. RENE LASTRETO, Bankruptcy Judge:

COME NOW, DAVID LANCE HALL and NANCY LEE HALL, Debtors herein, and respectfully ask this Court to extend the time to file the required documents in this case. The petition was filed on October 4, 2022, and not all required information has been provided to counsel yet. An additional 14 days are requested to file the documents.

WHEREFORE, Debtors pray that the Court approves this application and extends the time to file all the necessary documents to November 1, 2022.

DATED: October 17, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Robert S. Williams
　　　　　　　　　　　　　　　　　　　　ROBERT S. WILLIAMS,
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors