```
Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
bob@kernbankruptcy.law

Attorney for Debtors,
David and Nancy Hall
12518 Branch Court
Bakersfield, CA 93312
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) Case #22-11710-B-13K |
| DAVID LANCE HALL, | ) D.C. #RSW-1 |
| | ) |
| NANCY LEE HALL, | ) Judge Lastreto |
| | ) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, whose address appears above, certify: That I am, and at all times hereinafter mentioned, was more than 18 years of age, and on October 17, 2022, I served the foregoing documents described as follows:

1. EX-PARTE APPLICATION TO EXTEND THE TIME TO FILE REQUIRED DOCUMENTS; and

2. CERTIFICATE OF SERVICE

on the U. S. Trustee and Chapter 13 Trustee by email as follows:

    U. S. Trustee - ustpRegion17.fr.ecf@usdoj.gov

    Michael H. Meyer - noticing@meyer13.com

I declare that I am a member of the bar of this Court. Executed on October 17, 2022.

                                      /s/ Robert S. Williams
                                      ROBERT S. WILLIAMS,
                                      Attorney for Debtors